1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| RUBEN MONTEMAYOR, | 1: 05 CV 00944 WMW HC |
| Petitioner, | ORDER DENYING PETITION FOR WRIT OF MANDATE |
| v. | [Doc. 17] |
| WARDEN M.S. EVANS, | |
| Respondent. | |
| _____/ | |

12
13
14
15
16
17
18
19
20
21
22

        Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

U.S.C. Section 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the

jurisdiction of the United States Magistrate Judge.  On March 3, 2008, Petitioner filed a request for

discovery, labeled as a petition for writ of mandate.

        Unlike other civil litigation, a habeas corpus petitioner is not entitled to broad discovery.

23
24
25
26
27
28

Bracy v. Gramley, 520 U.S. 899, 117 S.Ct. 1793, 1796-97 (1997); Harris v. Nelson, 394 U.S. 286,

295, 89 S.Ct. 1082, 1088-89 (1969).  Although discovery is available pursuant to Rule 6, it is only

granted at the court's discretion, and upon a showing of good cause.  Bracy, 117 S.Ct. 1793, 1797;

McDaniel v. United States Dist. Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood,

114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a) of the Rules Governing Section 2254.   The Advisory

1  Committee Notes to Rule 6 of the Rules Governing Section 2254 Cases emphasize that Rule 6 was

2  not intended to extend to habeas corpus petitioners, as a matter of right, the Federal Rules of Civil

3  Procedure's broad discovery provisions.  Rule 6, Advisory Committee Notes (quoting Harris, 394

4  U.S. at295, 89 S.Ct. at 1089).

5       In this case, Petitioner seeks discovery from the California Attorney General of his accuser's

6  work attendance sheet and source of medical records.  Petitioner does not demonstrate how this

7  material is relevant to any of the claims in his petition for writ of habeas corpus.  Further, this case is

8  stayed pursuant to this court's order of January 8, 2008.  Accordingly, Petitioner's request for

9  discovery is HEREBY DENIED.

10

11

12  IT IS SO ORDERED.

13  **Dated:    June 10, 2008**                          ____/s/  **William M. Wunderlich**____
                                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28