UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONTEMAYOR, | 1: 05 CV 00944 WMW HC |
| Petitioner, | ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION |
| v. | 20 DAY DEADLINE |
| WARDEN M.S. EVANS, | |
| Respondent. | |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On January 8, 2008, the court granted Petitioner's request and entered a stay in this action to allow Petitioner to exhaust his <u>Cunningham</u> claim in state court.  Pursuant to that order, Petitioner is required to file a status report with this court every sixty days, informing this court of the progress of his case in state court.  Petitioner did not file a status report in March 2008, or in May 2008.  Accordingly, Petitioner is HEREBY ORDERED to show cause within twenty (20) days of the date

1  of service of this order why this petition should not be dismissed for failure to comply with a court
2  order.  Petitioner's failure to respond will result in the dismissal of this case.
3
4
5  IT IS SO ORDERED.
6  **Dated:    June 10, 2008**                              /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE