# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MONTEMAYOR, | 1:08-cv-00981-OWW-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST TO CONSOLIDATE, DIRECTING CLERK OF COURT TO FILE INSTANT AS MOTION TO AMEND IN 1:05-cv-00944 WMW HC, AND ADMINISTRATIVELY CLOSING THIS ACTION |
| v. | |
| M.S. EVANS, Warden | |
| Respondent. | [Doc.12] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner previously filed a petition for writ of habeas corpus on July 16, 2005, in case number 1:05-cv-00944-WMW HC. After Respondent filed an answer, Petitioner sought a stay of the action to exhaust a claim under the Supreme Court's holding in Cunningham v. California, 549 U.S. 270 (2007). On January 8, 2008, the court granted the stay and instructed Petitioner to file a status report every sixty days indicating the progress of the case in state court. (Court Doc. 16 in 1:05-cv-00944-WMW HC.) Petitioner failed to file any status reports, and the Court issued an order to show cause why the action should not be dismissed for failure to comply with the court's order. (Court Doc. 19.) Petitioner failed to respond to the order to show cause and the case was dismissed on July 9, 2008. (Court Doc. 20.)

However, on July 3, 2008, six days prior to the dismissal of the first action, Petitioner constructively filed another petition challenging the same judgment and raising essentially the

1

1  same claims.[1]  The petition was filed and a new case number was opened (1:08-cv-0981-OWW-
2  DLB (HC)).  On August 12, 2008, the Court directed Respondent to file a response to the
3  petition.  On October 14, 2008, Respondent filed a request to consolidate this case with the prior
4  case (1:05-cv-00944-WMW (HC)).  (Court Doc. 12.)  Respondent's request shall be granted.

Because the instant petition was constructively filed six days prior to the dismissal of the prior case, it should be construed as a motion to amend the petition in 1:05-cv-00944-WMW (HC).

Accordingly, it is HEREBY ORDERED that:

1. Respondent's request to consolidate the cases is GRANTED;
2. The instant petition for writ of habeas corpus shall be filed in 1:05-cv-00944-WMW (HC) as a motion to amend; and,
3. The instant action is ADMINISTRATIVELY CLOSED.

IT IS SO ORDERED.

Dated:   **November 15, 2008**           /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The proof of service is signed and dated on July 3, 2008, and that is presumed the date of the filing.  See Rule 3(d) of the Rules Governing Section 2254 Proceedings (codifying the mailbox rule for petitioner's confined in state prison).

2